# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RUSTY LEBLANC

VERSUS

LOUISIANA DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT; AND STORMY
PARFAIT

NO.  2022 CW 0975

**NOVEMBER 21, 2022**

In Re:   State of Louisiana, through the Department of
Transportation and Development and Stormy Parfait,
applying for supervisory writs, 32nd Judicial District
Court, Parish of Terrebonne, No. 189327.

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

 **WRIT DENIED.**

      **MRT**
      **WRC**
      **CHH**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

_____
DEPUTY CLERK OF COURT
 FOR THE COURT